AO 91 (Rev. 11/11)  Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Southern District of West Virginia

**SEALED**

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| Maylik Watson | ) | Case No. 2:21-mj-00021 |
| | ) | |
| *Defendant(s)* | ) | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of **September 22, 2020** in the county of **Kanawha** in the **Southern** District of **West Virginia**, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 21 U.S.C. § 841(a)(1) | Knowingly and intentionally distributing 50 grams or more of methamphetamine, its salts, isomers, and salts of its isomers |

This criminal complaint is based on these facts:

On 9/22/2020, agents with the Drug Enforcement Administration ("DEA") utilized a confidential informant ("CI") to make a controlled buy from Maylik WATSON. WATSON met the CI at the parking lot of the old KMART store in Charleston, West Virginia and provided the CI with one-half pound of methamphetamine in exchange for $5000. The methamphetamine was submitted to the DEA lab for testing and confirmed to be 215.3 grams of 98% pure methamphetamine.

☐ Continued on the attached sheet.

*Complainant's signature*  TFO DEA

Adam Aldridge, TFO DEA
*Printed name and title*

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by telephone (specify reliable electronic means).

Date: Feb. 2, 2021

*Judge's signature*

City and state: Charleston, West Virginia

Dwane L. Tinsley, United States Magistrate Judge
*Printed name and title*